IN RE: PEDRO ENRIQUE LOPEZ OCASIO

Bkrtcy. No. 11-04568-SEK
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | |
|---|---|
| Petition Filing Date: | May 31, 2011 |
| Days from petition date: | 36 |
| 910 Days before Petition: | 12/2/2008 |
| This is debtor(s) ___ Bankruptcy petition. | |
| This is the ___ Scheduled Meeting | |
| Meeting Date: | Jul 06, 2011 |
| Meeting Time: | 8:00 AM |
| ☐ Chapter 13 Plan Date: | May 31, 2011 Dkt.# 2  ☐ Amended. |
| Plan Base: | $28,200.00 |
| Confirmation Hearing Date: | Aug 09, 2011  Time: 9:00 AM |
| DC Track No.: | 4 |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount |
|---|---|---|

Total Paid In: $350.00

**I. Appearances:** ☐ Telephone ☐ Video Conference     ☐ Creditor(s) present:  ☒ None.
- ☐ Debtor Present   ☐ ID & Soc. OK   ☒ Debtor Absent
- ☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined  ☒ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present  ☐ Not Present
- ☐ Substitute attorney: Henriquez Esq.   ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: **MARILYN VALDES ORTEGA***
Total Agreed: $3,000.00    Paid Pre-Petition: $126.00    Outstanding: $2,874.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☒ For Failure to appear;  ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.    Liquidation Value: TBD
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD
The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☒ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
Debtor failed to appear.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1    Date: Jul 06, 2011