```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

IN RE:                                CASE NO. 11-04568-SEK
PEDRO ENRIQUE LOPEZ OCASIO
                                          CHAPTER 13

DEBTOR (S)


                     NOTICE OF CONTINUANCE OF
                     341 MEETING OF CREDITORS


TO ALL PARTIES IN INTEREST:

   The section 341 meeting of creditors scheduled for
Wed Jul 6, 2011 at  8:00 am has been continued to
Tue Nov 1, 2011 at  9:00 am at Ochoa Bldg., Tanca St., 1Fl.,
Comercio St. Entrance, San Juan PR 00901.

   In San Juan, Puerto Rico this,Wednesday, July 20, 2011.

   I CERTIFY that on this same date I have mailed a true copy of
this notice to debtor, debtor's attorney and all parties in interest
as per master address list.


                              /s/ Jose R. Carrion
                              Office of Jose R. Carrion
                              Chapter 13 Trustee
                              PO Box 9023884, Old San Juan Station
                              San Juan, PR  00902-3884
                              Tel. (787) 977-3535

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | PEDRO ENRIQUE LOPEZ OCASIO<br>PO BOX 20040<br>SAN JUAN, PR 00928 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | CAPITAL RECOVERY<br>25 SE 2ND. AVE. SUITE 1120<br>MIAMI, FL 33131 |
| CENTENIAL DE PUERTO RICO<br>PO BOX 71514<br>SAN JUAN, PR 00936 | CITIFINANCIAL<br>PO BOX 499<br>HANOVER, MD 21076 |
| COOP A/C PUERTORRIQUENA<br>GEORGETTI #82<br>RIO PIEDRAS, PR 00925 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902 |
| DEPARTAMENTO DE JUSTICIA<br>FINANZAS FONDOS FEDERALES<br>APARTADO 9020192<br>SAN JUAN, PR 00902-0192 | EDUCATIONAL CREDIT MANAGEMENT CORP<br>LOAN SERVICING CENTER/FL<br>1002 ARTHUR DRIVE<br>LYNN HAVEN, FL 32444 |
| FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | FIRST PREMIER BANK<br>PO BOX 5524<br>SIOUX FALLS, SD 57117-5524 |
| FIRST REVENUE ASSURANCE<br>PO BOX 8545<br>ALBUQUERQUE, NM 68108 | GE MONEY BANK<br>PO BOX 981439<br>EL PASO, TX 79998 |
| JC PENNEY<br>PO BOX 960090<br>ORLANDO, FL 32896-0090 | JOHANA O RODRIGUEZ WALKER<br>SABANA GARDENS<br>3-2 CALLE 5<br>CAROLINA, PR 00983 |
| PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY, PR 00918 | PR ACQUISITIONS LLC<br>C/O OPERATING PARTNERS CO INC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>SAN JUAN, PR 00918 |

| | |
|---|---|
| ROUNDUP FUNDING LLG<br>MS 550<br>PO BOX 91121<br>SEATLE, WA  98111-9221 | SALLIE MAE / ECMC<br>LOCKBOX 8682<br>PO BOX 75848<br>ST PAUL, MN  55175 |
| SANTANDER FINANCIAL D/B/A ISLAND FINANCE<br>C/O LIGIA RIVERA BUJOSA<br>PO BOX 7011<br>PONCE, PR  00732-7011 | SPRINT<br>PO BOX 20040<br>SAN JUAN, PR  00928-0040 |
| T-MOBILE<br>PO BOX 660252<br>Dallas, TX  75266-0252 | TOYOTA MOTOR CREDIT CORP<br>PO BOX 366251<br>SAN JUAN, PR  00936-6251 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA  30353-0260 | |

DATED:  July 20, 2011

OLGA SOSA

OFFICE OF THE CHAPTER 13 TRUSTEE