IN THE UNITED STATES BANKRUPTCY COURT FOR
                           THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF:**

**PEDRO ENRIQUE LOPEZ OCASIO**                    CASE NO. 11-04568 SEK

                                                  Chapter 13

**XXX-XX-9021**




        **Debtor(s)**


                    **NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**


The **HEARING** scheduled for **08/09/11 AT 9:00 A.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN RESCHEDULED FOR DECEMBER 2, 2011 AT 1:30 P.M.**

San Juan, Puerto Rico, this 3rd day of August, 2011.

                                        **MARÍA DE LOS ÁNGELES GONZÁLEZ, ESQ.**
                                        **Clerk of the Court**

                                        BY:   CARMINA ROSADO LOZA
                                              Deputy Clerk


**DEALINE TO OBJECT TO THE CONFIRMATION OF THE PLAN:**

**OBJECTIONS MUST BE FILED NOT LATER THAN FOURTEEN (14) DAYS PRIOR THE HEARING ON CONFIRMATION AS PER P.R. LOCAL RULE 3015-2(e) (1).**

c: All Creditors